DOUGLAS McKEE, Respondent, *v.* LEE S. BERNHEIM, Appellant, Impleaded with Others.

*McKee* v. *Bernheim*, 130 App. Div. 424, affirmed.
( Argued March 24, 1910; decided April 8, 1910.)

APPEAL from a judgment entered March 30, 1909, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and dismissing the complaint, and directed the reinstatement of said verdict, in an action for conversion.

*Benjamin N. Cardozo, Leo G. Rosenblatt* and *J. Garfield Moses* for appellant.

*Alfred B. Cruikshank* for respondent.

Judgment affirmed, with costs, on opinion of SCOTT, J., below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.